IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 09-cv-01353-WDM-MJW

ROBERT A. MAY,

Plaintiff(s),

v.

KYLE HOWARD WEBB, et al.,

Defendant(s).

MINUTE ORDER

Based upon the Plaintiff's Response to Show Cause Order (docket no. 30), it is hereby ORDERED that the Show Cause Hearing set on September 25, 2009, at 8:30 a.m. is VACATED and the Show Cause Order (docket no. 23) is also VACATED. The Plaintiff has now served Defendant Lorraine Higgins Webb which was the basis of the Show Cause Order.

It is FURTHER ORDERED that the Status Conference that is also on September 25, 2009, at 8:30 a.m. **remains set**.

Date:  September 16, 2009