g                IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 09-cv-01353-WDM-MJW

ROBERT A. MAY,

      Plaintiff,

v.

KYLE HOWARD WEBB, et al.,

      Defendants.

_____

## MINUTE ORDER
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      The following minute order is entered by Judge Walker D. Miller:

      The plaintiff's unopposed motion to vacate trial date is granted.

Dated:  October 25, 2010

                                 s/ Jane Trexler, Judicial Assistant